IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al. | : : : | CIVIL ACTION |
| | : | No. 05-2081 |
| v. | : : | |
| BERNARD SNYDER | : | |



FILED
29 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## CIVIL JUDGMENT

Before the Honorable Juan R. Sánchez,

AND NOW, this 28th day of June 2011, in accordance with the verdict of the jury, it is ORDERED that Judgment be and the same is hereby entered in favor of the Plaintiffs and against the Defendant, Bernard Snyder. It is further ORDERED compensatory damages in the amount of $685,300 be awarded to State Farm and punitive damages be awarded to State Farm in the amount of $400,000 against Bernard Snyder, $200,000 against Hav Moeung and $200,000 against Philly Family Practice, Inc.

BY THE COURT

ATTEST:

_Nancy E. DeLisle_
Nancy E. DeLisle
Deputy Clerk to the
Honorable Juan R. Sánchez

Civ 1 (8/80)
civjud.frm