# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-2909

State Farm Mutual Auto Ins Co, et al v. Philly Family Practice Inc, et al

2-05-cv-02081

## ORDER

**FILED**
APR 11 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 11, 2012

cc:
Richard M. Castagna Esq.
Cy Goldberg Esq.
Matthew Moroney Esq.
A. Charles Peruto Jr. Esq.

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.